1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TYRONE JAMES,                          No.  2:16-cv-1730 KJM CKD PS

12            Plaintiff,

13        v.                               ORDER AND

14   MAXINE HARDEN,                        ORDER TO SHOW CAUSE

15            Defendant.

16

17        Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to

18   28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

19   Local Rule 302(c)(21).

20        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable

21   to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

22   pauperis will be granted.  28 U.S.C. § 1915(a).

23        The complaint names as a defendant plaintiff's mother.  Plaintiff alleges that defendant

24   violated his civil rights.  However, defendant does not appear to be a state actor and therefore a

25   claim under the Civil Rights Act, 42 U.S.C. § 1983, cannot lie.

26        The federal courts are courts of limited jurisdiction.  In the absence of a basis for federal

27   jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for federal

28   subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why

1

1    this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction

2    will result in a recommendation that the action be dismissed.

3          In accordance with the above, IT IS HEREBY ORDERED that:

4          1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

5          2.  No later than August 17, 2016, plaintiff shall show cause why this action should not be

6    dismissed for lack of subject matter jurisdiction.  Failure to establish a proper basis for subject

7    matter jurisdiction will result in a recommendation that this action be dismissed without

8    prejudice.

9    Dated:  August 3, 2016

10

11                                      CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

12   4 james1730.osc.nosmj.ifp

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2